**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6065

MIGUEL ANGEL RIVERA,

Plaintiff - Appellant,

v.

DIRECTOR WAYNE O. HILL; WARDEN AT J.C.I. ALLEN K. GANG; SERGEANT AT J.C.I. MR. LEE; SERGEANT AT J.C.I. MR. LEPA; OFFICER AT J.C.I. MS. JACKSON; SERGEANT AT J.C.I. MR. MESSON; OFFICER AT J.C.I. MR. ASONGOING; WARDEN AT W.C.I. RONALD S. WEBER; COREY WALKER, Western Correctional Case Manager; OFFICER A. ZEMBOWER,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Paula Xinis, District Judge.  (1:22-cv-01517-PX)

Submitted:  October 26, 2023                    Decided: November 15, 2023

Before QUATTLEBAUM and RUSHING, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Miguel A. Rivera-Alvarez, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Miguel A. Rivera-Alvarez appeals the district court's order dismissing without prejudice[*] his 42 U.S.C. § 1983 complaint for failure to state a claim for relief under 28 U.S.C. § 1915A(b).  We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order.  *Rivera-Alvarez v. Hill*, No. 1:22-cv-01517-PX (D. Md. Dec. 19, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Because the district court dismissed the action without allowing Rivera-Alvarez a further opportunity to amend the complaint, the order is final and appealable.  *See Britt v. DeJoy*, 45 F.4th 790, 796 (4th Cir. 2022).